[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 433.]

THE STATE OF OHIO, APPELLANT, *v.* DAVIS, APPELLEE.

[Cite as *State v. Davis*, 1998-Ohio-31.]

*Criminal law—Sentencing—Court of appeals' judgment reversed on authority of State v. Rush.*

(No. 98-993—Submitted September 15, 1998—Decided October 28, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Ashland County, No. 96COA01196.

————————————

*Robert P. DeSanto*, Ashland County Prosecuting Attorney, and *John L. Good*, Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker*, State Public Defender, and *Kevin Fahey*, Assistant Public Defender, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The discretionary cross-appeal is denied.

{¶ 3} The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————